THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARD SANTASIERO, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

SYRACUSE AUTO RENTAL AND TAXICAB CORPORATION, Appellant, v. BENJAMIN MILNER, JR., Respondent.— Judgment and order affirmed, with costs. All concur, except Taylor, J., who dissents and votes for reversal on the law and facts and for granting a new trial on the ground that the finding of contributory negligence on the part of the plaintiff was contrary to and against the weight of the evidence. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARY BURKE, Respondent, v. SYRACUSE AUTO RENTAL AND TAXICAB CORPORATION and BENJAMIN MILNER, JR., Appellants.— Judgment and order affirmed, with costs. All concur, except Taylor, J., who dissents as to the defendant Syracuse Auto Rental and Taxicab Corporation and votes for reversal and granting a new trial as to that defendant on the law and facts, on the ground that the finding of negligence on the part of that company is contrary to and against the weight of the evidence. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

DANIEL J. O'DONNELL, Respondent, v. EQUITABLE SURETY COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb, and Thompson, JJ.

JAMES O. SEBRING, Respondent, v. FIDELITY-PHENIX FIRE INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

CLIFFORD M. TORRENCE, Appellant, v. JOHN LIBROCK, Respondent.— Judgment affirmed, with costs, upon the ground that the failure of the plaintiff to disclose his relations with the purchasers vitiated any contract of employment between the parties hereto. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CECILE WIDTMAN, as Administratrix, etc., of WILLIAM A. WIDTMAN, Deceased, Respondent, v. ORVILLE VAN ALLEN, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

PETER STRUMELAK and Another, Respondents, v. THE VILLAGE OF HERKIMER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

NORMAN BEISCHER, Respondent, v. BESSIE BEISCHER, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HERRING-CURTISS COMPANY, Appellant, v. GLENN H. CURTISS and Others, Respondents.— Motion granted reviving and continuing the action in the name of the Herring-Curtiss Company, by Frederick P. Kimball, George J. Skivington and Simon A. Malone as trustees, and Frederick P. Kimball, George J. Skivington and Simon A. Malone as trustees, and directing all papers and proceedings amended accordingly, nunc pro tunc as of March 10, 1926. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.